FILED:  March 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1839
(8:17-cv-01596-PJM)

DISTRICT OF COLUMBIA; STATE OF MARYLAND,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity,

Defendant - Appellant.

-----------------------------------------------------------------

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT,

Amici Supporting Appellant.

ORDER

The Supreme Court granted Donald J. Trump's petition for a writ of certiorari from earlier action in this case, vacated our earlier opinion in *In re: Trump*, 958 F.3d 274 (4th Cir. 2020) (en banc), and remanded with instructions to dismiss the case as moot under *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950) (noting that the "established practice" when a case has become moot while on appeal is "to reverse or vacate the

judgment below and remand with a direction to dismiss").  Accordingly, we dismiss this appeal as moot, vacate the decisions below in *District of Columbia v. Trump*, 291 F. Supp. 3d 725 (D. Md. 2018); 315 F. Supp. 3d 875 (D. Md. 2018); and 344 F. Supp. 3d 828 (D. Md. 2018), and remand with instructions to dismiss the case.

FOR THE COURT

/s/Patricia S. Connor
Clerk